UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTOR CAMPOS,
on behalf of himself, FLSA Collective Plaintiffs
and the Class,

                                       Plaintiff,                ORDER
                                                          20-CV-9862 (PAE) (KNF)
      -against-

ENTERPRISE RESTAURANT LLC
d/b/a AMARANTH, and
JEAN FRANCOIS MARCHAND,

                                   Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The docket sheet maintained by the Clerk of Court for this action reflects that the summons and complaint were served in January 2021. However, no response to the complaint has been filed, and the time for doing so has elapsed. Therefore, on or before March 5, 2021, the plaintiff shall advise the Court, in writing, of the status of this action.

Dated:  New York, New York                         SO ORDERED:
            March 1, 2021

                                                         */s/ Kevin Nathaniel Fox*
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE