UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VICTOR CAMPOS, *on behalf of himself, FLSA Collective Plaintiffs and the Class*, :
:
:
                Plaintiff, :
:
  - against - :          ORDER
:      20-CV-9862 (PAE)(KNF)
ENTERPRISE RESTAURANT LLC d/b/a :
AMARANTH, and JEAN FRANCOIS MARCHAND, :
:
                DefendantS. :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held with counsel to the respective parties on March 30, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before December 30, 2021;

2. any dispositive motion be made in accordance with the Individual Rules of Practice of the assigned district judge; and

3. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before January 31, 2022. That document most conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge;

4. the last date on which to amend pleadings will be April 14, 2021;

5. the last date on which to join additional parties will be April 14, 2021; and

6. a telephone status conference will be held with the parties on November 30, 2021, at 2:00 p.m. The parties shall use dial-in number (888) 557-8511 and

access code 4862532.

Dated:  New York, New York

March 30, 2021

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE