UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CAMPOS, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

                              Plaintiff,

                -v-

ENTERPRISE RESTAURANT LLC, doing
business as AMARANTH, and JEAN
FRANCOIS MARCHAND,

                             Defendants.

20 Civ. 9862 (PAE) (KNF)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

       On July 19, 2021, the parties submitted a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 21. This case, however, is brought under the Fair Labor Standards Act ("FLSA"), and is therefore subject to judicial approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 201–07 (2d Cir. 2015). Accordingly, the parties are directed to submit a letter by July 29, 2021, confirming that the parties have reached settlement and, if so, explaining the nature of the settlement—including any provision for attorneys' fees, and why it should be approved as fair and reasonable—so as to permit the Court to conduct a review under *Cheeks*.

       SO ORDERED.

                                               *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: July 19, 2021
       New York, New York